# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EDDIE D. WILSON,

    Plaintiff,

v.

REPUBLIC SERVICES, INC. OF
SOUTHERN NEVADA,

    Defendant.

Case No. 2:10-CV-01156-KJD-LRL

**ORDER**

    Presently before the Court is Plaintiff's Emergency Motion to Extend Time (#19). Having read and considered the motion, and good cause being found, Plaintiff's motion is granted to the extent that Plaintiff shall file his reply in support of his countermotion for summary judgment no later than May 4, 2011. No further extensions will be granted.

**IT IS SO ORDERED.**

    DATED this 25th day of April 2011.

_____
Kent J. Dawson
United States District Judge