UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| EDDIE D. WILSON, )<br>                   Plaintiff, )<br>v. )<br>REPUBLIC SERVICES OF SOUTHERN )<br>NEVADA, )<br>                   Defendant. ) | 2:10-cv-01156-KJD -VCF<br><br>**O R D E R** |

      Before the court is *pro se* plaintiff Eddie D. Wilson's Motion To Amend Caption. (#42). Defendant Republic Services of Southern Nevada (hereinafter "Republic") filed an Opposition (#45), and plaintiff filed a Reply (#46). Also before the court is plaintiff Wilson's *Emergency* Motion To Amend Caption. (#49). Defendant Republic filed an Opposition. (#51).

**Background/Argument**

      On September 9, 2010, plaintiff filed his complaint against Republic asserting claims for discrimination and retaliation. (#4). On February 22, 2011, defendant Republic filed a motion to dismiss (#12), which the court granted in part and denied in part on August 1, 2011 (#25). On August 15, 2011, defendant Republic filed its answer. (#27). Plaintiff filed a motion to amend caption on February 17, 2012. (#42). In the motion, plaintiff asks this court to permit him to add Republic Silver State Disposal, Inc. as a defendant. *Id.* In response, defendant Republic asserts that it is the only proper defendant, as Republic Services of Southern Nevada is the entity that previously employed plaintiff. (#45). Defendant Republic also asserts that it "consents to an amendment of the caption to include "Republic Silver State Disposal, Inc., d.b.a. Republic Services of Southern Nevada." *Id.* In plaintiff's reply, he agrees that the caption should be amended as consented to by the defendant. (#46).

      On May 3, 2012, plaintiff filed an *emergency* motion to amend caption, asking this court to

amend the caption as defendant Republic consented to. (#49). Defendant Republic filed an opposition, asking this court to strike plaintiff's motion (#49) as duplicative of the plaintiff's previously filed motion to amend caption (#42). (#51). On May 22, 2012, the pending motions to amend caption (#42 and #49) were referred to the undersigned magistrate judge.

**Discussion**

As plaintiff Wilson and defendant Republic agree to an amendment of the caption to read "Eddie D. Wilson v. Republic Silver State Disposal, Inc., d.b.a. Republic Services of Southern Nevada," the court finds that amending the caption accordingly is appropriate. The court also finds that striking plaintiff's *emergency* motion to amend (#49) is warranted, as the motion is duplicative of plaintiff's previous motion to amend caption (#42).

Accordingly, and for good cause shown,

IT IS ORDERED that *pro se* plaintiff Eddie D. Wilson's Motion To Amend Caption (#42) is GRANTED in part and DENIED in part, as discussed above.

IT IS THEREFORE ORDERED that the clerk shall amend the caption in this action to read as follows: "EDDIE D. WILSON v. REPUBLIC SILVER STATE DISPOSAL, INC., d.b.a. REPUBLIC SERVICES OF SOUTHERN NEVADA"

IT IS FURTHER ORDERED that defendant Republic's Request To Strike Plaintiff's *Emergency* Motion To Amend (#51) is GRANTED.

IT IS THEREFORE ORDERED that plaintiff Wilson's *Emergency* Motion To Amend Caption (#49) is hereby STRICKEN.

DATED this 30th day of May, 2012.

**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**